UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MARTIN LUTHER BASKERVILLE,

    Plaintiff,

v.

LT. JAMES STAPLETON, et al.,

    Defendants.

Civil Action No. 13-1750 (CCC)

**MEMORANDUM AND ORDER**

This matter was previously administratively terminated because Plaintiff's application to proceed *in forma pauperis* was deficient. Plaintiff has now filed a letter requesting that the matter be reopened and attaching a renewed *in forma pauperis* application.

THEREFORE, it is on this 15th day of September, 2014;

ORDERED that the Clerk of the Court shall reopen the file so that the Court may consider Plaintiff's application to proceed *in forma pauperis* and, if appropriate, screen the Complaint for dismissal; and it is finally

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

                                              /s/ Claire C. Cecchi
                                              CLAIRE C. CECCHI
                                              United States District Judge