UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARTIN LUTHER BASKERVILLE JR., | Civil Action No. 13-1750 (CCC) |
| Plaintiff, | |
| v. | **MEMORANDUM AND ORDER** |
| LT. JAMES STAPLETON, et al., | |
| Defendants. | |

Plaintiff Martin Luther Baskerville, Jr., a prisoner currently confined at Northern State Prison in Newark, New Jersey, seeks to bring this civil action *in forma pauperis*, without prepayment of fees or security, asserting claims pursuant to 42 U.S.C. § 1983. The Court previously twice denied his *in forma pauperis* applications for failures to submit a six-month account statement for the six-month period immediately preceding the filing of his Complaint. After the second denial, Plaintiff filed an application for a 30-day extension to submit a corrected *in forma pauperis* application on August 31, 2015. (ECF No. 9.) However, to date, no such *in forma pauperis* application has been filed. Subsequently, Plaintiff submitted two letters to the Court, asking the Court to rule on his *in forma pauperis* application that, again, the Court never received. (*See* ECF Nos. 10 & 11.)

In the interest of justice, the Court grants Plaintiff's request for extension, and Plaintiff is afforded 30 days from the date of entry of this Order to submit a proper *in forma pauperis* application.

**IT IS** therefore on this ___8___ day of ___March___, 2016,

**ORDERED** that the Clerk shall **REOPEN** the case by making a new and separate docket entry reading "CIVIL CASE REOPENED"; it is further

**ORDERED** that Plaintiff's application for extension, ECF No. 9, is hereby **GRANTED**; it is further

**ORDERED** that Plaintiff shall have thirty (30) days from the date of entry of this Order to submit a proper *in forma pauperis* application; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

_____
**Claire C. Cecchi**
United States District Judge